# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERNEST MILTON SMITH, JR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 81307

**FILED**

FEB 0 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant's counsel has filed a notice of withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-03744

cc:    Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 21
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A